

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

21-12960


DEBTOR(S):

SHEILA WILLIAMS


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $914.18


CREDITOR'S SIGNATURE:

/s/ David Lamb


CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

12/16/2021