Certificate Number: 15317-PAE-DE-036233952

Bankruptcy Case Number: 21-12960



15317-PAE-DE-036233952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 31, 2021</u>, at <u>12:58</u> o'clock <u>PM PST</u>, <u>Sheila N Williams-Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 31, 2021</u>          By:   <u>/s/Khaira Sakaluran</u>

                                       Name:  <u>Khaira Sakaluran</u>

                                       Title:  <u>Credit Counselor</u>