United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-12960-elf

Sheila Williams                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                          Page 1 of 3

Date Rcvd: Jul 20, 2022                        Form ID: 155                                   Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Williams, 1155 Slocum Street, Philadelphia, PA 19150-3122 |
| 14646914 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14652479 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646919 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14659454 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14646923 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14656759 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14646904 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:42 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14646905 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:59 | Amex/dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14655417 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14654531 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:42:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646906 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14654532 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:52:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646908 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:53:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14646909 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14646910 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 23:42:41 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14648649 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14646911 | + | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14646912 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 20 2022 23:44:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14646907 | | Email/Text: BNSFS@capitalsvcs.com | Jul 20 2022 23:44:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |

District/off: 0313-2                               User: admin                                         Page 2 of 3
Date Rcvd: Jul 20, 2022                            Form ID: 155                                         Total Noticed: 43

| | | | |
|---|---|---|---|
| 14646915 | | Email/Text: BNBLAZE@capitalsvcs.com | |
| | | Jul 20 2022 23:44:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 14646913 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Jul 20 2022 23:44:00 | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14647818 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 20 2022 23:52:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14655249 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jul 20 2022 23:42:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14675781 | | Email/Text: EBN@Mohela.com | |
| | | Jul 20 2022 23:44:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14646916 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jul 20 2022 23:42:41 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14654269 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 20 2022 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14659460 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 20 2022 23:44:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14646917 | + | Email/Text: bnc@nordstrom.com | |
| | | Jul 20 2022 23:44:51 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14660220 | + | Email/Text: blegal@phfa.org | |
| | | Jul 20 2022 23:44:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14660285 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 20 2022 23:52:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14646918 | + | Email/Text: blegal@phfa.org | |
| | | Jul 20 2022 23:44:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14647902 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 20 2022 23:52:50 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658385 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14646920 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 20 2022 23:52:50 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14646921 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 20 2022 23:52:50 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14646922 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 20 2022 23:52:50 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14647092 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 20 2022 23:52:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660155 | + | Email/Text: bncmail@w-legal.com | |
| | | Jul 20 2022 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14646924 | + | Email/Text: bncmail@w-legal.com | |
| | | Jul 20 2022 23:44:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14646925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 20 2022 23:52:51 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14653468 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
| | | Jul 20 2022 23:44:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14646926 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 20 2022 23:52:55 | Walmart Mastercard/SYNCB, PO BOX 960024, Orlando, FL 32896-0024 |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 20, 2022                       Form ID: 155                              Total Noticed: 43
TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| GEORGETTE MILLER | on behalf of Debtor Sheila Williams Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sheila Williams

         Debtor(s)

                                           Chapter: 13

                                           Bankruptcy No: 21–12960–elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

     AND NOW, this July 19, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Eric L. Frank
                                           Judge ,
                                           United States Bankruptcy Court