**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sheila Williams | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 21-12960 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>September 22, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: October 6, 2023                                  **/s/ Michelle Lee**
                                                                        Michelle Lee, Esq.
                                                                        Dilworth Paxson LLP
                                                                        1500 Market Street, Suite 3500E
                                                                        Philadelphia, PA 19102