Certificate Number: 15317-PAE-DE-041478063

Bankruptcy Case Number: 21-12960

15317-PAE-DE-041478063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2026, at 11:05 o'clock AM PDT, Sheila Williams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 23, 2026

By: /s/Jerry Fajardo

Name: Jerry Fajardo

Title: Counselor